# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE

SUPERIOR COURT OF THE DISTRICT
OF COLUMBIA CRIMINAL JUSTICE
ACT ATTORNEY SELECTION
COMMITTEE SUPERIOR COURT
CRIMINAL RULE 44-I HEARING

IN RE: KAVITA KALSY

COMPLAINT

Case: 1:22-mc-00059
Assigned To : Unassigned
Assign. Date : 6/9/2022
Description: Misc.

## NOTICE OF REMOVAL

I, Kavita Kalsy, respectfully file this Notice of Removal of a Complaint. In support of this notice I, Kavita Kalsy, state the grounds for removal:

1) I, Kavita Kalsy, respectfully file this notification of removal of the complaint pursuant to 28 U.S.C.§1441 (2020), 28 U.S.C.§1446, and FED. R. CIV. P. 81(d)(3) (2020). The basis for federal court jurisdiction is the United States Code and the Federal Rules of Civil Procedure.



RECEIVED

JUN 9 2022

Clerk, U.S. District & B...
Courts for the Distri...

2) The complaint is removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. The Federal Rules of Civil Procedure govern removal of actions in the District of Columbia. Rule 81(d)(3) states: "Federal Statute" Defined in the District of Columbia. In the United States District Court for the District of Columbia, the term "federal statute" includes any Act of Congress that applies locally to the District." FED. R. CIV. P. 81(d)(3) (2020).

3) An Act of Congress that applies to the District of Columbia is the District of Columbia Court Reform and Criminal Procedure Act of 1970, 84 Stat. 487, Pub. L. 91-358 (1970).

The "Superior Court shall conduct its business… according to … the Federal Rules of Criminal Procedure. D.C. Code § 11-946 (2001 ed.). Also, the District of Columbia Court of Appeals approves modifications to the Federal Rules of Criminal Procedure. D.C. Code § 11-946 (2001 ed.). The D.C. Code states:

> Division II. Judiciary and Judicial Procedure.
> ....
> Title 11. Organization and Jurisdiction of the Courts.
> ....
> Chapter 9. Superior Court of the District of Columbia.
> ....
> § 11–946. Rules of court.
> The Superior Court shall conduct its business according to the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure (except as otherwise provided in Title 23) unless it prescribes or adopts rules which modify those Rules. Rules which modify the Federal Rules shall be submitted for the approval of the District of Columbia Court of Appeals, and they shall not take effect until approved by that court. The Superior Court may adopt and enforce other rules as it may deem necessary without the approval of the District of Columbia Court of Appeals if such rules do not modify the

      Federal Rules. The Superior Court may appoint a committee of lawyers to advise it in the performance of its duties under this section.[1]
D.C. Code § 11-946 (2001 ed.), 84 Stat. 487, Pub. L. 91-358 title I, § 111 (1970).

4) The complaint demands documentation of my mental health status. No performance issues are alleged. No misconduct is alleged. The complaint does not cite the Superior Court of the District of Columbia's legal authority to order the action that I submit the documentation of my mental status.

5) In contrast, the United States District Court for the District of Columbia has rules regarding Lawyer Counseling set forth in writing in the local rules. The United States District Court for the District of Columbia only requests records regarding participation or non-participation in lawyer counseling. One rule is: Local Civil Rule 83.20 Lawyer Counseling. An additional rule is: Local Criminal Rule 57.31 Lawyer Counseling.

6) The complaint also provides for submission of documentary evidence. The documentary evidence is due on Friday, June 10, 2022. The documentary evidence has been submitted to law enforcement.

7) On December 27, 2021, I filed a case in the Court of Appeals for the District of Columbia. The case is: Kavita Kalsy v. District of Columbia Superior Court, *et al.*, No. 21-AA-889. On February 17, 2022, the case was dismissed because it was not a contested case arising under the District of Columbia Administrative Procedure Act. D.C. Code § 2-510(a); Super. Ct. Crim. R. 44(f).

---

[1] https://code.dccouncil.us/us/dc/council/code/titles/11/chapters/9 (last visited June 6, 2022)

8) I, Kavita Kalsy, intend to answer the complaint, relying on federal law and acts of Congress that apply locally to the District of Columbia.

9) A filing of the notice of a removal will be served upon the Clerk of the Superior Court the District of Columbia.

10) In accordance with 28 U.S.C. §1446 (2020), I attach a "copy of all process, pleadings, and orders served upon such defendant."

11) In accordance with Rule 11 of the federal rules of Civil Procedure, I Kavita Kalsy, sign this paper. I provide my name, my bar number, business address, and telephone number.

Respectfully submitted,

/s/ Kavita Kalsy
Kavita Kalsy
Bar No. 486725

Kavita Kalsy PLLC
300 New Jersey Ave NW STE 900
Washington, DC  20001
kavita@kavitakalsy.com
(202) 464-2783

## CERTIFICATE OF SERVICE

I certify that on Thursday, June 9, 2022, I served a Notice of Removal

to be served by certified mail, upon:

Clerk of the Court
Zabrina W. Dempson, Esq.
Superior Court for the District of Columbia
500 Indiana Ave, NW, STE 500
Washington, DC 20001
(by certified mail and dropbox in the Superior Court of the District of Columbia)

Chief Judge Anita Josey-Herring
Superior Court for the District of Columbia
500 Indiana Ave, NW, STE 500
Washington, DC 20001
(by certified mail and dropbox in the Superior Court of the District of Columbia)

with a courtesy copy by email to: judgejoseyherringchambers@dcsc.gov,
anthony.epstein@dcsc.gov, todd.edelman@dcsc.gov, julie.becker@dcsc.gov,
rainey.brandt@dcsc.gov, jennifer.anderson@dcsc.gov

_____
Kavita Kalsy
Bar No. 486725

Kavita Kalsy PLLC
300 New Jersey Ave NW STE 900
Washington, DC  20001
kavita@kavitakalsy.com
(202) 464-2783